ANDREW J. REESE et al., Respondents, *v.* HALSEY F. NORTHRUP, Appellant.

*Reese* v. *Northrup,* 88 App. Div. 621, affirmed.
(Argued October 3, 1904; decided October 18, 1904.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 3, 1903, which affirmed an interlocutory judgment of Special Term overruling a demurrer to the complaint.

The following questions were certified:

1. Could the lands described in the complaint herein be legally sold for the arrears of taxes in question, without a re-assessment of the same, and charging the said lands therewith, as provided by section 89 of the General Tax Law of this state?

2. Does the special act under consideration, to wit, chapter 229 of the Laws of 1879, provide a perfect and complete system for the sale of lands for all unpaid taxes, annually, in the counties of Chautauqua and Cattaraugus?

3. Was the sale of said lands involved in this action a valid, legal and effectual sale of the premises described in the complaint?

*E. D. Northrup* for appellant.

*William V. Smith* for respondents.

Judgment affirmed, with costs; first and third questions certified answered in the negative, and second question not answered; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, MARTIN, VANN and WERNER, JJ. Absent: GRAY, J.